UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: Case No. 24-43576

KOFI DIALLO MUMINA, *pro se*, Chapter 7

Debtor. Judge Thomas J. Tucker
_______________________________________/

**ORDER DENYING DEBTOR'S MOTION TO REOPEN CASE, BUT WAIVING MOTION FILING FEE**

This case is before the Court on the Debtor's motion entitled "Motion to Reopen Case and Waive Reopening Fee," filed September 21, 2026 (Docket # 25, the "Motion"). The Motion seeks to reopen the case to add a creditor. (Mot. at ¶ 1.) The Motion also seeks a waiver of the fee for filing the Motion.

The Court notes that this was a "no-asset" Chapter 7 case. As a result, it is unnecessary to reopen this case merely to enable the Debtor to amend his schedules to add a creditor who was not listed previously. Because this was a no-asset case, such an unscheduled debt is discharged to the same extent it would be discharged if it had been scheduled. *See In re Madaj*, 149 F.3d 467 (6th Cir. 1998).

Because it appears that reopening this case for the purpose stated by the Debtor's Motion would serve no useful purpose, the Motion must be denied. This Order is without prejudice to the Debtor's right to file a timely motion for reconsideration or to re-file his motion if he believes that cause exists to reopen this case notwithstanding the Sixth Circuit's decision in *Madaj*, and explain what that cause is. Accordingly,

IT IS ORDERED that the Motion (Docket # 25), is denied, except that the filing fee for the Motion is waived.